FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUN 3 0 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Y
DEPUTY CLERK

| | | |
|---|---|---|
| DEE ANNE SENKBILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Civil Action No. SA-06-CA-0173-XR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONCERNING SETTLEMENT

On June 29, 2006, the parties in the above numbered and styled cause notified the Court that they have settled their dispute. Docket no. 6. To allow the parties to complete their settlement efforts, the Court will VACATE all remaining deadlines, including the trial. However, to ensure this case does not remain on the Court's docket in the absence of a live controversy, the Court ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **August 30, 2006**. *See* FED. R. CIV. P. 41(a). Should the parties be unable to submit those documents by that date, the plaintiff must request an extension of time to file the documents. Should the parties fail to file documents for an appropriate disposition of this cause, a show cause order may issue directing the plaintiff to show cause why this case should not be dismissed for failure to prosecute. *Id.* R. 41(b).

SIGNED this 30th day of June, 2006.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE