IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
AUG 3 0 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

| | |
|---|---|
| DEE ANNE SENKBILE, | § |
| Plaintiff, | § |
| vs. | § CIVIL NO. SA-06-CA-0173-XR |
| THE UNITED STATES OF AMERICA, | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Dee Anne Senkbile, and Defendant, United States of America, being all the parties who have appeared herein, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action with prejudice, each party to bear its own costs.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By: _____          By: _____
**MICHAEL ARCHULETA**                      **HAROLD E. BROWN, JR.**
The Michael Archuleta Law Firm              Assistant United States Attorney
P.O. Box 340639                             601 N.W. Loop 410, Ste 600
Austin, Texas 78734                         San Antonio, Texas 78216
Telephone: 512-266-7676                     Telephone: 210/384-7320
Facsimile: 512-266-4646                     Facsimile:  210/384-7322
Tx Bar No. 00783555                         Oklahoma Bar No. 001192

**ATTORNEYS FOR PLAINTIFF**                 **ATTORNEYS FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEE ANNE SENKBILE, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL NO. SA-06-CA-0173-XR |
| | § § | |
| THE UNITED STATES OF AMERICA, | § § | |
| Defendant. | § § | |

### ORDER

On this day, the Court considered the parties' Stipulation of Dismissal. Having reviewed the record, the Court hereby **APPROVES** the Stipulation. Accordingly, the above-captioned case is **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED** on this ___ day of _____, 2006.

_____
**XAVIER RODRIGUEZ**
UNITED STATES DISTRICT JUDGE